# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

PHILLIP M. HUDSON,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

**Case No.: 08-cv-458-bbc**

v.

DYLON RADTKE and GUS GRAACK,

Defendants.

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.


**PETER OPPENEER**

_____
**Peter Oppeneer, Clerk**

**/s/ M. Hardin**

_____      _____6/5/09_____
**by Deputy Clerk**                                                                   Date